Bonnie Glatzer (State Bar No. 147804)
bglatzer@nixonpeabody.com
Hillary J. Baca (State Bar No. 288068)
hbaca@nixonpeabody.com
NIXON PEABODY, LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Fax: 415-984-8300

Attorneys for Defendant
BAY CITIES PRODUCE, INC.

Martin M. Horowitz (SBN 79073)
mhorowitz@h-rlegal.com
Stephanie Rubinoff (SBN 98229)
srubinoff@h-rlegal.com
HOROWITZ & RUBINOFF
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Telephone: 510-444-7717

Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
Shane Howarter (SBN 311970)
showarter@peretzlaw.com
PERETZ & ASSOCIATES
22 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: 415-732-3777
Facsimile: 415-372-3791

Attorneys for Plaintiff
STEVEN H. McCOY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN H. McCOY,<br><br>    Plaintiff,<br><br>  vs.<br><br>BAY CITIES PRODUCE, INC.,<br>a California corporation, and DOES 1<br>through 20, inclusive,<br><br>    Defendants. | CASE NO. 3:19-cv-06989-EMC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The Parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

// //

// //

// //

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | Dated: 11/23/2020 | HOROWITZ & RUBINOFF<br>PERETZ & ASSOCIATES |
| 2 | | |
| 3 | | BY: _____ |
| 4 | | MARTIN M. HOROWITZ<br>Attorneys for Plaintiff<br>STEVEN H. MCCOY |
| 7 | Dated: 2/01/2021 | NIXON PEABODY LLP |
| 9 | | BY: _____ |
| 10 | | BONNIE GLATZER<br>Attorneys for Defendant<br>BAY CITIES PRODUCE, INC. |

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: February 1, 2021

_____
EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE